UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-81118-CIV-DIMITROULEAS

GEOFFREY S. PARK,

    Plaintiff,

v.

SIMM ASSOCIATES INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, through undersigned counsel, and pursuant to this Court's Order to Show Cause [DE 9] hereby submits this Notice of Pending Settlement and states the following:

1. On November 16, 2012, Plaintiff moved for and obtained a Clerk's Entry of Default against Defendant. [DE's 7, 8]

2. After obtaining the Clerk's Entry of Default, Plaintiff's counsel has had ongoing settlement discussions with Defendant's in-house counsel. Defendant's counsel has not filed an appearance in this matter.

3. This Court entered an Order to Show Cause on November 27, 2012 [DE 9]

4. Plaintiff and Defendant's counsel have reached a settlement regarding this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.

5. Upon execution of the Settlement Agreement, Plaintiff will file the appropriate dismissal document with the Court. Plaintiff requests until January 15, 2013 to file his Final Order of Dismissal or, in the alternative, his Default Judgment.

6. As such, Plaintiff respectfully submits that they have not filed a default judgment as the parties are finalizing settlement agreement.

Dated:  December 3, 2012

                                      Respectfully submitted,

                                      JENNIFER M. COLSON, ESQ.
                                      Attorney for Plaintiff
                                      Post Office Box 50028
                                      Lighthouse Point, Florida 33064
                                      Telephone: (954) 784-2290
                                      Facsimile: (954) 784-2770
                                      jcolson@jennifercolsonpa.com

                                      s/Jennifer M. Colson
                                      Jennifer M. Colson, Esq.
                                      Florida Bar No. 047783

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-81118-CIV-DIMITROULEAS

GEOFFREY S. PARK,

    Plaintiff,

v.

SIMM ASSOCIATES INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 3, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        s/Jennifer M. Colson
                        Jennifer M. Colson, Esq.

## SERVICE LIST

Simm and Associates
Charles Boarman
800 Pencadar Drive
Newark, DE 19702
Charlesb@Simmassociates.com