UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-81118-CIV-DIMITROULEAS

GEOFFREY S. PARK,

    Plaintiff,
v.

SIMM ASSOCIATES INC.,

    Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-81118-CIV-DIMITROULEAS

GEOFFREY S. PARK,

    Plaintiff,
v.

SIMM ASSOCIATES INC.,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 15, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jennifer Colson

**SERVICE LIST**

Charles Boarman
Simm Associates, Inc
800 Pencader Drive
Newark, DE 19702
charlesb@simmassociates.com