UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81118-CIV-DIMITROULEAS

GEOFFREY S. PARK,

    Plaintiff,

vs.

SIMM ASSOCIATES, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 12], filed on January 15, 2013. The Court has carefully considered the Joint Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation for Dismissal with Prejudice [DE 12] is **APPROVED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own attorneys' fees and costs except as otherwise agreed by the parties;

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 15th day of January, 2013.

                                              WILLIAM P. DIMITROULEAS
                                              United States District Judge

Copies furnished to:
Counsel of Record